KAREN A. CONNOLLY
**KAREN A. CONNOLLY, LTD.**
6600 W. Charleston Blvd., Ste. 124
Las Vegas, NV  89146
Telephone:     (702) 678-6700
Facsimile:      (702) 678-6767
E-Mail:          advocate@kconnollylawyers.com
*Attorney for Defendant, Russell Cates*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RUSSELL CATES,<br><br>Defendant. | CASE NO.: 2:20-mj-519-VCF<br><br>**<u>RUSSELL CATES' UNOPPOSED MOTION TO CONDUCT A PRE-PLEA PRESENTENCING INVESTIGATION REPORT AND PROPOSED ORDER</u>** |

COMES NOW the Defendant, RUSSELL CATES, by and through his attorney of record, KAREN A. CONNOLLY, of the law office of KAREN A. CONNOLLY, LTD., and hereby moves this Honorable Court to order that a Pre-Plea Pre-Sentence Investigation Report be prepared by the United States Department of Parole and Probation to determine Defendant's criminal history. Defendant has a number of priors.  Counsel for defendant and   Assistant United States Attorney JIM W. FANG, have been engaged in negotiation discussions. Defendant's criminal history score needs to be clarified to enable counsel to properly assess his exposure relative to any proposed plea agreement, specifically whether or not CATES is eligible for a Armed Career Criminal or Career Offender enhancement.  In order to help facilitate a resolution to this matter, in the interests of judicial economy, it is respectfully requested that the United States Department of Parole and Probation be directed to prepare a pre-plea presentence investigation report as soon as possible.

DATED this 1st day of March, 2021.

                                              */s/ Karen A. Connolly*
                                             KAREN A. CONNOLLY
                                             Nevada Bar No. 4240
                                             6600 W. Charleston Blvd. Suite 124
                                             Las Vegas, Nevada 89102-1846
                                             Attorney for Defendant, Russell Cates

Mtn for Pre-Plea PSI.kc.wpd

1

KAREN A. CONNOLLY
**KAREN A. CONNOLLY, LTD.**
6600 W. Charleston Blvd., Ste. 124
Las Vegas, NV  89146
Telephone:     (702) 678-6700
Facsimile:     (702) 678-6767
E-Mail:        advocate@kconnollylawyers.com
*Attorney for Defendant, Russell Cates*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>RUSSEL CATES,<br><br>          Defendant. | CASE NO.: 2:20-mj-519-VCF<br><br>**ORDER** |

IT IS HEREBY ORDERED that the Probation Department will prepare a Pre-Sentence Investigation Report on Defendant RUSSELL CATES.

DATED this the 11th day of March, 2021.

_____
U.S. MAGISTRATE JUDGE

Mtn for Pre-Plea PSI.kc.wpd

2

**CERTIFICATE OF SERVICE**

It is hereby certified that service of the above and foregoing UNOPPOSED MOTION TO CONDUCT A PRE-PLEA PRESENTENCING INVESTIGATION REPORT was made through the Court's electronic filing and notice system (CM/ECF) which will send a notice of electronic filing to all parties via electronic filing.

Dated this 1st day of March 2021.

                                                 */s/ Shaeley Foster*
                                                 Employee of Karen A. Connolly, LTD.

Mtn for Pre-Plea PSI.kc.wpd