SUNETHRA MURALIDHARA, ESQUIRE
Nevada Bar No. 13549
WRIGHT MARSH & LEVY
300 S. Fourth Street
Suite 701
Las Vegas, NV 89101
Phone: (702) 382-4004
Fax: (702) 382-4800
smuralidhara@wmllawlv.com
Attorney for Defendant Cates

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> RUSSELL CATES, <br> Defendant. | CASE NO. 2:21-CR-00136-JCM-NJK |

**STIPULATION TO VACATE STATUS CONFERENCE
AND SET FOR SENTENCING
(First Request)**

IT IS HEREBY STIPULATED AND AGREED, between the United States of America, by and through its attorney, Christopher Chiou, Acting United States Attorney, through JIM W. FANG, Assistant United States Attorney; and Defendant Russell Cates, by and through his counsel, Sunethra Muralidhara, Esquire, Wright Marsh & Levy, that the status conference currently scheduled for January 14, 2022, at 11:30 a.m. be vacated and this matter set for sentencing the week of January 17, 2022, or as soon as practicable.

This stipulation is entered into for the following reasons:

1. On October 25, 2021, the undersigned accepted representation of Mr. Cates. The Court entered an order appointing the undersigned as CJA counsel. ECF 47.

2. Counsel has been diligently reviewing this case and investigating client concerns both legal and factual. Counsel recently renegotiated this matter with the government. The parties have

now entered into an Amended Binding Plea Agreement pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C). This Amended Binding Plea Agreement has been executed by the parties and has been sent to the Court.

3. The parties do not believe that any subsequent change of plea hearing is required at this time. Rather the parties are prepared to move forward with a sentencing hearing.

4. Counsel has spoken with the defendant who agrees to be sentenced by video conferencing means and waives his right to appear in-person.

5. This is the first request to vacate status conference and set this matter for Sentencing.

Dated this 6th day of January, 2022.

| WRIGHT MARSH & LEVY | CHRISTOPHER CHIOU |
| --- | --- |
|  | ACTING UNITED STATES ATTORNEY |
| BY  /s/ Sunethra Muralidhara | BY  /s/ JIM W. FANG |
| SUNETHRA MURALIDHARA, ESQUIRE | JIM W. FANG |
| Attorney for Defendant Cates | Assistant U.S. Attorney |

|   |   |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | DISTRICT OF NEVADA |

UNITED STATES OF AMERICA,  )
                           )   CASE NO. 2:21-CR-00136-JCM-NJK
    Plaintiff,             )
                           )
        vs.                )   **ORDER**
                           )
RUSSELL CATES,             )
                           )
    Defendant.             )
_____)

Based on the Stipulation of the parties and for good cause,

IS IT HEREBY ORDERED that the status conference in the above-captioned matter currently scheduled for January 14, 2022, at 11:30 a.m., be vacated and a sentencing date set for February 25, 2022, at 11:00 a.m. in courtroom 6A.

DATED: January 12, 2022

_____
JAMES C. MAHAN
United States District Judge